# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  STACY M. FAGER | : | Chapter  13 |
| | : | |
| Debtor(s) | : | Bankruptcy No.  17-12848 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor,  Reading Area Water Authority

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim #5     in the amount of $  464.50          has been filed in your name:  Reading Area Water Authority, by John DiGiamberardino, Esq.
 counsel for Debtor on  November 3, 2017


Dated:  November 6, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK


By: Barbara Spinka
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev (07/13)