United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12848-ref
Stacey M Fager                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS          Page 1 of 1              Date Rcvd: Nov 06, 2017
                            Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db          +Stacey M Fager,   1378 Perkiomen Ave.,   Reading, PA 19602-2156
13915385    +Case & DiGiamberardino, P.C.,   John A. DiGiamberardino, Esq.,   845 N. Park Rd.,   Suite 101,
              Wyomissing, PA 19610-1342
13906273    +Reading Area Water Authority,   1801 Kutztown Road,   Reading, PA 19604-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Stacey M Fager jad@cdllawoffice.com,
       dmk@cdllawoffice.com,reb@cdllawoffice.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  STACY M. FAGER           :           Chapter  13

                                 :

         Debtor(s)                :           Bankruptcy No.  17-12848

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor,  Reading Area Water Authority

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim #5     in the amount of $ 464.50        has been filed in your name: Reading Area Water Authority, by John DiGiamberardino, Esq.
 counsel for Debtor on  November 3, 2017

Dated:  November 6, 2017

                                         FOR THE COURT

                                         TIMOTHY B. MCGRATH
                                         CLERK


                                         By: Barbara Spinka
                                         Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)