# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey M. Fager<br>　　　　　　Debtor<br><br>M&T Bank<br>　　　　v.<br>Stacey M. Fager<br>　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 17-12848 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 09, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow M&T Bank and its successor in title to proceed with its remedies regarding the premises 1378 Perkiomen Avenue Reading, PA 19602.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 22, 2018**

_United States Bankruptcy Judge._

cc: See attached service list