United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12848-ref
Stacey M Fager                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: May 22, 2018
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
db          +Stacey M Fager,    1378 Perkiomen Ave.,    Reading, PA 19602-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Stacey M Fager jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Stacey M. Fager<br>                    Debtor<br><br>M&T Bank<br>              v.<br>Stacey M. Fager<br>              and<br>Frederick L. Reigle Esq.<br>                    Trustee | Chapter 13<br><br><br>NO. 17-12848 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 09, 2018  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code)  11 U.S.C. Section 362  is modified to allow M&T Bank and its successor in title to proceed with its remedies regarding the premises 1378 Perkiomen Avenue Reading, PA 19602.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 22, 2018**

United States Bankruptcy Judge.

cc: See attached service list