United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-12848-ref
Stacey M Fager                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 2          Date Rcvd: Jun 14, 2018
                             Form ID: pdf900       Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db         +Stacey M Fager,   1378 Perkiomen Ave.,   Reading, PA 19602-2156
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
            Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg        +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13906256   +Accounts Management Services, Inc.,   P.O. Box 1618,   Reading, PA 19603-1618
13906258   +Arcadia Recovery Bureau,   P.O. Box 6768,   Wyomissing, PA 19610-0768
13915385   +Case & DiGiamberardino, P.C.,   John A. DiGiamberardino, Esq.,   845 N. Park Rd.,   Suite 101,
            Wyomissing, PA 19610-1342
13906260   +Commonwealth Orthopedic Assoc.,   11 Fairlane Road,   Reading, PA 19606-9567
13906261   +Convergent Healthcare Recoveries Inc.,   121 NE Jefferson Street., Ste. 100,
            Peoria, IL 61602-1229
13906262   +Credit Control LLC,   P.O. Box 546,   Hazelwood, MO 63042-0546
13906265    ENT Head and Neck Specialists, PC,   985 Berkshire Blvd.,   Suite 101,   Reading, PA 19610-1268
13906264   +Empkey Arthritis Clinic,   1200 Broadcasting Rd.,   Suite 200,   Reading, PA 19610-3206
13906266  ++FIRST NATIONAL COLLECTION BUREAU,   50 W LIBERTY ST,   STE 250,   RENO NV 89501-1973
            (address filed with court:  First National Collection Bureau Inc.,   610 Waltham Way,
            Sparks, NV 89434)
13906268   +KML Law Group, P.C.,   701 Market St., Ste. 5000,   BNY Independence Ctr.,
            Philadelphia, PA 19106-1541
13922260   +M&T BANK,   c/o KML Law Group, P.C.,   701 Market Street,   Suite 5000,
            Philadelphia, PA 19106-1541
13906271    Patient First,   P.O. Box 758941,   Baltimore, MD 21275-8941
13906272    Pennsylvania Department of Human Service,   c/o Norristown State Hospital,
            Reimbursement Office Bldg. 2,   1001 Sterigere Street,   Norristown, PA 19401-5397
13906273   +Reading Area Water Authority,   1801 Kutztown Road,   Reading, PA 19604-1515
13906274    Reading Health System,   P.O. Box 70894,   Philadelphia, PA 19176-5894
13906275   +Santander Bank N.A.,   P.O. Box 841002,   Boston, MA 02284-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:53
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08   U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13906257   +E-mail/Text: rperez@arcadiarecovery.com Jun 15 2018 01:58:04   Arcadia Recovery Bureau,
            645 Penn Street,   Reading, PA 19601-3543
13906259   +E-mail/Text: banko@berkscredit.com Jun 15 2018 01:57:47   Berks Credit & Collections,
            900 Corporate Drive,   Reading, PA 19605-3340
13906263   +E-mail/PDF: pa_dc_ed@navient.com Jun 15 2018 01:59:42   Dept Of Education/Navient,
            P.O. Box 9635,   Wilkes Barre, PA 18773-9635
13906266    E-mail/Text: bankruptcy@fncbinc.com Jun 15 2018 01:57:43
            First National Collection Bureau Inc.,   610 Waltham Way,   Sparks, NV 89434
13906267    E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2018 01:58:05   Jefferson Capital System,
            16 Mcleland Rd.,   Saint Cloud, MN 56303
13906269    E-mail/Text: camanagement@mtb.com Jun 15 2018 01:57:49   M & T Bank,   1 Fountain Plaza,
            Buffalo, NY 14203
13923984    E-mail/Text: camanagement@mtb.com Jun 15 2018 01:57:49   M&T Bank,   P.O. Box 840,
            Buffalo, NY 14240-0840
13906270    E-mail/Text: Bankruptcies@nragroup.com Jun 15 2018 01:58:20   National Recovery Agency,
            P.O. Box 67015,   Harrisburg, PA 17106-7015
13982863    E-mail/PDF: pa_dc_claims@navient.com Jun 15 2018 02:00:24
            Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
            Wilkes-Barre, PA 18773-9635
13953921   +E-mail/Text: colleen.atkinson@rmscollect.com Jun 15 2018 01:58:20
            Patient First c/o Receivables Management Systems,   PO Box 8630,   Richmond, VA 23226-0630
                                                                                   TOTAL: 12

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13915386*   +Case & DiGiamberardino, P.C.,   John A. DiGiamberardino, Esq.,   845 N. Park Rd.,   Suite 101,
            Wyomissing, PA 19610-1342
13906255  ##+Accounts Advocate Agency,   510 N Park Rd,   Wyomissing, PA 19610-2941
                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR          Page 2 of 2          Date Rcvd: Jun 14, 2018
                             Form ID: pdf900       Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         JOHN A. DIGIAMBERARDINO    on behalf of Debtor Stacey M Fager jad@cdllawoffice.com,
          dmk@cdllawoffice.com
         KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

STACEY M. FAGER

                                          : Bankruptcy No. 17-12848REF
            Debtor(s)                     : Chapter 13


ORDER


    AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                          BY THE COURT


Date: June 14, 2018

                                          _____
                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING PA 19610-

STACEY M. FAGER
1378 PERKIOMEN AVE.
READING,PA.19602