IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Stacey M. Fager          : Case No. 17-12848
        Debtor          :
                               : Chapter 13

## ORDER

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,903.27 and advanced costs in the amount of $96.73.  Any fees paid out of funds remaining in the Trustee's account shall be subject to the applicable Trustee's expense.

BY THE COURT:

**Date: June 29, 2018**

_____
                                                       J.